IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEDICOM TOY CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,<br><br>    Defendants. | Case No. 24-cv-9920<br><br>Judge Elaine E. Bucklo |

**PLAINTIFF'S *EX-PARTE* MOTION TO
EXTEND THE TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65(b)(2), Plaintiff MEDICOM TOY CORPORATION seeks to extend the Temporary Restraining Order entered by the Court on October 22, 2024 [Dkt. Nos. 25, 26] ("the TRO"). The TRO is set to expire on November 5, 2024. Plaintiff seeks to extend the TRO for a period of fourteen (14) days through November 19, 2024.

Since receipt of the TRO, Plaintiff has been working to ensure compliance with its terms by third parties. In particular, Plaintiff promptly subpoenaed information concerning the identities of defendants from third parties including AliExpress, Alipay, Alibaba, Walmart, Etsy and Artistshot which are in the process of complying. Plaintiff respectfully requests the Court to extend the TRO to provide additional time for AliExpress, Alipay, Alibaba, Walmart, Etsy and Artistshot to comply with the terms thereof.

Plaintiff submits that good cause exists for extending the TRO to prevent Defendants from transferring assets from their U.S.-based financial accounts, modifying the names of their internet stores, or removing their internet stores from their current platform, among other things, as outlined

in Plaintiff's Memorandum in Support of *Ex Parte* Motion for a Temporary Restraining Order [Dkt. No. 12]. This probability of harm is significant and continuing.

Wherefore, Plaintiff requests that the TRO be extended for a period of fourteen (14) days from November 5, 2024 through November 19, 2024.

Respectfully submitted,

Dated: October 29, 2024      By:    s/ Michael A. Hierl
                                                        Michael A. Hierl (Bar No. 3128021)
                                                        William B. Kalbac (Bar No. 6301771)
                                                        Robert P. McMurray (Bar No. 6324332)
                                                        John Wilson (Bar No. 6341294)
                                                        Hughes Socol Piers Resnick & Dym, Ltd.
                                                        Three First National Plaza
                                                        70 W. Madison Street, Suite 4000
                                                        Chicago, Illinois 60602
                                                        (312) 580-0100 Telephone
                                                        mhierl@hsplegal.com

                                                        Attorneys for Plaintiff
                                                        MEDICOM TOY CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's *Ex-Parte* Motion to Extend the Temporary Restraining Order was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 29, 2024.

                                                    s/Michael A. Hierl