IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEDICOM TOY CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,<br><br>       Defendants. | Case No. 24-cv-9920<br><br>Judge Elaine E. Bucklo |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AGAINST DEFENDANT NOS. 32-41 AND 124-154**

      Plaintiff MEDICOM TOY CORPORATION hereby moves this Honorable Court for Entry of a Preliminary Injunction Against Defendant Nos. 32-41 and 124-154. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on October 22, 2024 [Dkt. No. 25, 26] and extended on October 31, 2024 through November 19, 2024 [Dkt. No. 34]. In support of its Motion, Plaintiff files the accompanying Memorandum of Law and Declaration of Michael A. Hierl.

                                                                                        Respectfully submitted,

Dated: November 15, 2024

                                                    By:     s/Michael A. Hierl
                                                                    Michael A. Hierl (Bar No. 3128021)
                                                                    William B. Kalbac (Bar No. 6301771)
                                                                    Robert P. McMurray (Bar No. 6324332)
                                                                    John Wilson (Bar No. 6341294)
                                                                    Hughes Socol Piers Resnick & Dym, Ltd.
                                                                    Three First National Plaza
                                                                    70 W. Madison Street, Suite 4000
                                                                    Chicago, Illinois 60602
                                                                    (312) 580-0100 Telephone
                                                                    mhierl@hsplegal.com

                                                                    Attorneys for Plaintiff
                                                                    MEDICOM TOY CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Amended Schedule A and served on all counsel of record and interested parties via the CM/ECF system on November 15, 2024.

/s/ *Michael A. Hierl*