# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MEDICOM TOY CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-9920<br><br>Judge Elaine E. Bucklo |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, November 20, 2024, at 9:45 a.m., Plaintiff, by its counsel, shall appear before the Honorable Elaine E. Bucklo, and present Plaintiff's Motion for Entry of a Preliminary Injunction Against Defendant Nos. 32-41 and 124-154.

Respectfully submitted,

Dated: November 15, 2024

By: s/Michael A. Hierl
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
John Wilson (Bar No. 6341294)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
Attorneys for Plaintiff
MEDICOM TOY CORPORATION

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Plaintiff's Notice of Motion was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 15, 2024.

s/Michael A. Hierl